UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN GOMEZ,

      Plaintiff,

v.                                   Case No:  8:26-cv-00238-JLB-TGW

A-1 RECOVERY, INC. and AARON S.
WATKINS,

      Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 6), recommending that Counts I–V and VII–X of Plaintiff's Complaint (Doc. 1) be dismissed with prejudice as frivolous and Count VI be dismissed without prejudice with leave to amend.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order for all purposes.

2.    Counts I, II, III, IV, V, VII, VIII, IX, and X of Plaintiff's Complaint (Doc. 1) are **DISMISSED with prejudice**.

3.    Count VI is **DISMISSED without prejudice**. The Court will provide Plaintiff leave to amend Count VI. Plaintiff may file an amended complaint on or before May 12, 2026. No new claims may be added to the amended complaint.

4.    Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED as moot**.

**ORDERED** in Tampa, Florida, on April 28, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE